UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:12-cr-00013-MOC

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Vs. | ) ORDER |
| TIMOTHY JAMES DONAHUE, | ) |
| Defendant. | ) |

**THIS MATTER** is before the court on the government's Motion to Correct Clerical Error. While the time typically provided for a response has not run, review of the court's notes reveals that the government is correct and that the court Ordered that the payment of restitution would commence immediately and then in monthly installments, as is the court's usual practice. Having considered the government's motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the government's Motion to Correct Clerical Error (#261) is GRANTED, and the Clerk of Court shall prepare an amended judgment in accordance with such motion.

Signed: October 18, 2013

Max O. Cogburn Jr.
United States District Judge