UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12-cr-13-MOC-DCK-3

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Vs. ) | **ORDER** |
| ) | |
| TIMOTHY JAMES DONAHUE, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on Defendant's Motion for Compassionate Release/Reduction of Sentence. (Doc. No. 331). Defendant, currently incarcerated at FCM-Butner, in Butner, North Carolina, moves, pursuant to 18 U.S.C. § 3142(i), to be released to home confinement for the remainder of his sentence. The Government has responded in opposition to the motion. Defendant's motion is denied because, as the Government notes, Defendant has not exhausted his administrative remedies by first seeking release from the BOP.

Having thus considered defendant's motion and reviewed the pleadings, the Court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that Defendant's Motion for Compassionate Release/Reduction of Sentence, (Doc. No. 331), is **DENIED**.

Signed: August 21, 2020

Max O. Cogburn Jr
United States District Judge