# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
### 3:12-cr-13-MOC-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>vs. )<br>)<br>TIMOTHY JAMES DONAHUE, )<br>)<br>Defendant. )<br>_____ ) | **ORDER** |

**THIS MATTER** is before the Court on defendant's pro se Motion for Compassionate Release/Reduction of Sentence and Motion to Appoint Counsel, (Doc. No. 341), and on defendant's Second Motion for Compassionate Release, (Doc. No. 342).

## ORDER

**IT IS, THEREFORE, ORDERED** that within 20 days the Government shall file a response to defendant's motions.

Signed: November 12, 2020

Max O. Cogburn Jr
United States District Judge