## IN THE UNITED STATES DISTRICT COURT
## FOR THEWESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | DOCKET NO.: 3:12-CR-013-MOC-DCK |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **ORDER TO SEAL** |
| v. | ) | |
| | ) | |
| TIMOTHY JAMES DONAHUE, | ) | |
| | ) | |
| **Defendant.** | ) | |

**THIS MATTER IS BEFORE THE COURT** on Plaintiff's "Motion To Seal" (Document No. 345) filed November 30, 2020. In accordance with the Local Rules, the Court has considered the Motion to Seal, the public's interest in access to the affected materials, and alternatives to sealing. The Court determines that no less restrictive means other than sealing is sufficient inasmuch as United States' Response Opposing Motions For Compassionate Release And Home Confinement contains sensitive and private information that is inappropriate for public access, including medical information. Having carefully considered the motion and the record, and for good cause, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that Plaintiff's "Motion To Seal" (Document No. 345) is **GRANTED**, and the United States' Response Opposing Motions For Compassionate Release And Home Confinement (Document No. 344-1) is sealed until further Order of this Court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

Signed: December 9, 2020

David C. Keesler
United States Magistrate Judge

SEALED DOCUMENT with access to Specified Parties/Plaintiff.